# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>STUART SHERMAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01181-SAB (PC)<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE TO **MAY 28, 2020 AT 9:30 A.M.** |

Plaintiff David Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 31, 2020, the Court set this case for settlement conference on April 7, 2020 at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe.

Due to a calendar conflict, the settlement conference is HEREBY rescheduled from April 7, 2002 to **May 28, 2020, at 9:30 a.m.** before Magistrate Judge Barbara A. McAuliffe. The parties settlement statements are due no later than May 21, 2020. All other provisions of the Court's January 31, 2020 order remain in full force and effect.

IT IS SO ORDERED.

Dated: __**February 3, 2020**__

                                                                   UNITED STATES MAGISTRATE JUDGE