UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>                    Plaintiff,<br><br>            v.<br><br>STUART SHERMAN, et al.,<br><br>                    Defendants. | Case No. 1:19-cv-01181-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE THE SETTLEMENT CONFERENCE<br><br>(ECF No. 18) |

Plaintiff David Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to continue the settlement conference currently scheduled for May 28, 2020.

Good cause having been presented, it is HEREBY ORDERED that the settlement conference is continued to **September 24, 2020**, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **May 26, 2020**              /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

1