# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01181-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS SECOND REQUEST TO RESCHEDULE THE SEPTEMBER 24, 2020 SETTLEMENT CONFERENCE<br>(ECF No. 23)<br><br>**Date: November 10, 2020**<br>**Time: 9:30 a.m.**<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE INMATE DAVID WILLIAMS, CDCR #BG-2333<br>(ECF No. 22)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE ORDER BY E-MAIL ON LITIGATION COORDINATOR |

      Plaintiff David Williams is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      This action is currently set for a settlement conference before Magistrate Judge Barbara A. McAuliffe on September 24, 2020, at 1:30 p.m.

      On September 3, 2020, the Court issued a writ of habeas corpus ad testificandum directing the production of Plaintiff David Williams, inmate, CDCR #BG-2333, for the settlement conference on September 24, 2020, as a witness on his own behalf in this matter.  (ECF No. 22.)

1

On September 17, 2020, Defendants filed a request to reschedule the September 24, 2020 settlement conference, in part, to accommodate the restrictions the California Department of Corrections and Rehabilitation has put into place to restrict the spread of COVID-19.  (ECF No. 23.)  Defendants request the conference be rescheduled to November 8, 2020, or thereafter.  (Id.)

The Court finds good cause to continue the settlement conference in this matter.  Therefore, the transportation writ for Inmate David Williams  shall be vacated.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' second request to reschedule the September 24, 2020 settlement conference, (ECF No. 23), is GRANTED;

2. The September 24, 2020 settlement conference is continued to **November 10, 2020 at 9:30 a.m.**, and the parties shall appear remotely;

3. Plaintiff shall appear telephonically by calling into the appropriate Zoom phone number and entering the required meeting ID. Counsel for Defendants shall appear by video via the Zoom application.

4. Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties. Counsel for Defendants is required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed;

5. The writ of habeas corpus ad testificandum directing the production of David Williams, inmate, CDCR #BG-2333, issued on September 3, 2020, (ECF No. 22), is VACATED;

6. The Clerk's Office shall serve a courtesy copy of this order by e-mail on the Litigation Coordinator at California Substance Abuse Treatment Facility and State Prison, Corcoran, and on the Litigation Coordinator of any other institution(s) which require this information; and

///
///
///
///

7. The Court will issue an amended transportation writ in due course.

IT IS SO ORDERED.

Dated: __September 17, 2020__

UNITED STATES MAGISTRATE JUDGE