UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-01181-SAB (PC)<br><br>ORDER THAT INMATE DAVID WILLIAMS IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff David Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 10, 2020. Inmate David Williams, CDCR #BG-2333, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 10, 2020**          /s/ Barbara A. McAuliffe            
                                          UNITED STATES MAGISTRATE JUDGE

1