# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| DAVID WILLIAMS, | ) Case No. 1:19-cv-01181-SAB (PC) |
|---|---|
| Plaintiff, | ) ORDER DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |
| v. | ) THIRTY DAY DEADLINE |
| STUART SHERMAN, *et al*., | ) |
| Defendants. | ) |

Plaintiff David Williams is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 10, 2020, this Court conducted a settlement conference. During the settlement conference, the parties reached a settlement agreement. The terms of the settlement were placed on the record, all dates were vacated, and the Court retained jurisdiction for 180 days. (ECF No. 28.)

Based upon the settlement of this action, it is HEREBY ORDERED that dispositional documents shall be filed within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 12, 2020**

UNITED STATES MAGISTRATE JUDGE

1