# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WILLIAMS,<br><br>  Plaintiff,<br><br>  v.<br><br>STUART SHERMAN, *et al*.,<br><br>  Defendants. | Case No. 1:19-cv-01181-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 33) |

The parties participated in a settlement conference before Magistrate Judge McAuliffe on December 10, 2020 during which they resolved the claims in this action.  Judge McAuliffe agreed to retain jurisdiction over the settlement for 180 days.  On December 30, 2020, the parties filed a stipulation for voluntary dismissal of this action with prejudice.  In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the matter for 180 days.

IT IS SO ORDERED.

Dated:   **January 4, 2021**

UNITED STATES MAGISTRATE JUDGE

1